UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILMONT WALLACE, | ) | 1:06-cv-01394-OWW-SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| | ) | |
| v. | ) | |
| | ) | |
| K. MENDOZA-POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | (Doc. 6) |
| | ) | |

On December 13, 2006, plaintiff filed a motion for an extension of time to submit documents or pay the $350.00 filing fee, pursuant to the court's order of November 9, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   December 20, 2006**           /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE