UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILMONT WALLACE, | ) | 1:06-CV-01394-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND |
| | ) | EXTENSION OF TIME TO SUBMIT |
| v. | ) | NEW APPLICATION TO PROCEED IN |
| | ) | FORMA PAUPERIS AND CERTIFIED |
| K. MENDOZA-POWERS, et al., | ) | COPY OF TRUST ACCOUNT |
| | ) | STATEMENT **OR** PAY FILING FEE |
| | ) | |
| Defendants. | ) | (Doc. 8) |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2007, plaintiff filed a motion for a second extension of time to submit documents or pay the $350.00 filing fee, pursuant to the court's order of November 9, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   February 1, 2007**          /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE